UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**26-CR-20190-MOORE/D'ANGELO**
CASE NO.   _____

18 U.S.C. § 875(c)

UNITED STATES OF AMERICA

vs.

PATRICK JACKSON,

Defendant.

_____/

FILED BY _____ **BM** _____ D.C.

**May 12, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Transmitting Threats Through Interstate Commerce
### (18 U.S.C. § 875(c))

On or about March 11, 2026, in Miami-Dade County, in the Southern District of Florida, the defendant,

**PATRICK JACKSON,**

did knowingly transmit in interstate commerce any communication containing any threat to injure the person of another, that is, persons at the Bruce W. Carter Department of Miami Veteran Affairs Medical Center, and others, in that in a phone call, the defendant stated, "the building should be evacuated by noon today," with the intent to make a threat, with the knowledge that the communication would be viewed as a threat, and with reckless disregard as to the substantial risk that others would regard the communication as a threat, in violation of Title 18, United States Code, Section 875(c).

### COUNT 2
**Transmitting Threats Through Interstate Commerce**
**(18 U.S.C. § 875(c))**

On or about March 12, 2026, in Miami-Dade County, in the Southern District of Florida, the defendant,

## PATRICK JACKSON,

did knowingly transmit in interstate commerce any communication containing any threat to injure the person of another, that is, persons near the Miami Flagler VA Clinic, Volunteers of America office, and others, in that in a phone call, the defendant stated, "if anyone comes inside they will not survive, I promise that, don't come inside a bomb will explode," with the intent to make a threat, with the knowledge that the communication would be viewed as a threat, and with reckless disregard as to the substantial risk that others would regard the communication as a threat, in violation of Title 18, United States Code, Section 875(c).

### COUNT 3
**Transmitting Threats Through Interstate Commerce**
**(18 U.S.C. § 875(c))**

On or about March 18, 2026, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

## PATRICK JACKSON,

did knowingly transmit in interstate commerce any communication containing any threat to injure the person of another, that is, persons near the Bruce W. Carter Department of Miami Veteran Affairs Medical Center, and others, in that in a phone call, the defendant stated, "I'm in the building with a firearm. The facility will be on CNN today. I promise. If police come near me, they won't survive...I have been trained to do one thing. Kill. And that training hasn't left me," with the intent to make a threat, with the knowledge that the communication would be viewed as a threat, and with reckless

disregard as to the substantial risk that others would regard the communication as a threat, in violation

of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON

JASON A. REDDING QUIÑONES
UNITED STATES ATTORNEY

BREEZYE TELFAIR
ASSISTANT UNITED STATES ATTORNEY

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

**CASE NO.: 26-CR-20190-MOORE/D'ANGELO**

v.

**CERTIFICATE OF TRIAL ATTORNEY**

PATRICK JACKSON,

_____ /
Defendant.

**Court Division** (select one)

- [✓] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act. 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:_____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [✓] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [✓] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge_____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Ellen Francis D'Angelo_____ Magistrate Case No. 26-MJ-02536-EFD_____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge_____ Case No._____

9. Defendant(s) in federal custody as of 3/26/2026

10. Defendant(s) in state custody as of 3/20/2026

11. Rule 20 from the_____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____

For Breezye Telfair
Assistant United States Attorney
FL Bar No.          18055

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ___PATRICK JACKSON_____

**Case No**: _____

Counts #: 1-3

Transmitting Threats Through Interstate Commerce_____

Title 18, United States Code, Section 875(c)_____
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $95,000

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**